# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAMES STEWART,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

No. 2:17-cv-08973-VEB

<u>ORDER AWARDING EAJA FEES</u>

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND FORTY-TWO DOLLARS AND 32/100 ($3,042.32) subject to the terms of the Stipulation.

Dated: June 3, 2019

                                          **/s/Victor E. Bianchini**
                                          HONORABLE VICTOR E. BIANCHINI
                                          UNITED STATES MAGISTRATE JUDGE